```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 16018
   MICHAEL LEON NANCE
   AUDREY DIANE ASHLEY NANCE                    CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
              Debtor
   SSN XXX-XX-2288    SSN XXX-XX-6357


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/05/06 and confirmed on 06/21/07.

     2.  The case was dismissed after confirmation, 10/04/2007.

     3.  The Debtor paid a total of $    5445.80 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------------
MORTGAGE CLEARING CORP    CURRENT MORTG          .00          .00            .00
MORTGAGE CLEARING CORP    MORTGAGE ARRE      1179.21          .00         1179.21
NORTH SHORE HOLDINGS      SECURED                .00          .00            .00
NORTH SHORE HOLDINGS      MORTGAGE ARRE      9771.94          .00          343.87
INTERNAL REVENUE SERVICE  SECURED            6065.00          .00         1179.29
US BANK                   UNSECURED         NOT FILED         .00            .00
VILLAGE OF COLLEGE GREEN  SECURED                .00          .00            .00
VILLAGE OF COLLEGE GREEN  SECURED            1620.00          .00          805.00
OUR WEEKENDS              UNSECURED         NOT FILED         .00            .00
INTERNAL REVENUE SERVICE  PRIORITY            675.09          .00            .00
INTERNAL REVENUE SERVICE  UNSECURED             5.47          .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           985.72          .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          1218.41          .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           855.18          .00            .00
ILLINOIS DEPT REVENUE     PRIORITY            802.45          .00            .00
ILLINOIS DEPT REVENUE     UNSECURED           388.70          .00            .00
              Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER         TOTAL

TOTAL CLMS ALLOWED  18636.15     1477.54     3453.48         .00       23567.17
PRINCIPAL PAID       3507.37         .00         .00         .00        3507.37
INTEREST PAID            .00         .00         .00         .00             .00
TOTAL PAID           3507.37         .00         .00         .00        3507.37
The Debtor's attorney, JAMES A YOUNG & ASSOC           , was allowed $   2500.00
and was paid $    750.00  direct and $   1750.00  through the plan.

The Trustee received $    188.43 .

Refunds to the Debtor totaled $         .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE










                              PAGE   2
       CASE NO. 06 B 16018 MICHAEL LEON NANCE & AUDREY DIANE ASHLEY NANCE