UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                        CASE NO. 06 B 16018
  MICHAEL LEON NANCE
  AUDREY DIANE ASHLEY NANCE                   CHAPTER 13

                                              JUDGE: MANUEL BARBOSA
          Debtor
   SSN XXX-XX-2288    SSN XXX-XX-6357
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/05/06 and confirmed on 06/21/07.

2. The case was dismissed after confirmation, 10/04/2007.

3. The Debtor paid a total of $ 5445.80 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MORTGAGE CLEARING CORP | CURRENT MORTG | .00 | .00 | .00 |
| MORTGAGE CLEARING CORP | MORTGAGE ARRE | 1179.21 | .00 | 1179.21 |
| NORTH SHORE HOLDINGS | SECURED | .00 | .00 | .00 |
| NORTH SHORE HOLDINGS | MORTGAGE ARRE | 9771.94 | .00 | 343.87 |
| INTERNAL REVENUE SERVICE | SECURED | 6065.00 | .00 | 1179.29 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF COLLEGE GREEN | SECURED | .00 | .00 | .00 |
| VILLAGE OF COLLEGE GREEN | SECURED | 1620.00 | .00 | 805.00 |
| OUR WEEKENDS | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 675.09 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 5.47 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 985.72 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1218.41 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 855.18 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 802.45 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 388.70 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 18636.15 | 1477.54 | 3453.48 | .00 | 23567.17 |
| PRINCIPAL PAID | 3507.37 | .00 | .00 | .00 | 3507.37 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 3507.37 | .00 | .00 | .00 | 3507.37 |

The Debtor's attorney, JAMES A YOUNG & ASSOC         , was allowed $   2500.00 and was paid $    750.00  direct and $   1750.00  through the plan.

The Trustee received $    188.43 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/14/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 06 B 16018 MICHAEL LEON NANCE & AUDREY DIANE ASHLEY NANCE